UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO MUNOZ,<br><br>          Plaintiff,<br><br>vs.<br><br>GRAY DAVIS, et al.,<br><br>          Defendants.<br>_____/ | 1:03-cv-05565-AWI-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 13)<br><br>**ORDER DISMISSING ENTIRE ACTION** |

   Plaintiff, Gregorio Munoz ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On May 8, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within thirty (30) days.  To date, the parties have not filed objections thereto.[1]

---

[1] The United States Postal Service returned the order served on plaintiff on May 22, 2006, as undeliverable. A notation on the envelope indicated: Return to Sender - Attempted Not Known.  However, plaintiff has not notified the court of any change in his address.  Absent such notice, service at a party's prior address is fully effective.  See Local Rule 83-182(f).

1

1	In accordance with the provisions of 28 U.S.C.
2	§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3	<u>de novo</u> review of this case.  Having carefully reviewed the
4	entire file, the Court finds the Findings and Recommendation to
5	be supported by the record and by proper analysis.
6	Accordingly, IT IS HEREBY ORDERED that:
7	1.	The Findings and Recommendation, filed May 8, 2006, are
8	ADOPTED in full; and,
9	2.	This action is DISMISSED in its entirety for
10	plaintiff's failure to state a claim.

12	IT IS SO ORDERED.
13	**Dated:    September 2, 2006**            **/s/ Anthony W. Ishii**
	0m8i78                                         UNITED STATES DISTRICT JUDGE